IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 01-00447HG(02) |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| STACEY AKIMA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, BEVERLY WEE SAMESHIMA, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt of Government's Exhibits A, B & C.

DATED: Honolulu, Hawaii, _August 22, 2006_.

Signature: _/s/ Beverly Wee Sameshima_

Attorney for: UNITED STATES OF AMERICA